# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00322-CR

**John Melton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 97-921-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In April 2003, John Melton was convicted of aggravated assault.  On May 11, 2007, Melton filed a pro se notice of appeal.  The  notice of appeal is not timely and does not invoke the Court's jurisdiction.  *See* Tex. R. App. P. 26.2(a); *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).  In any event, the conviction was previously affirmed on appeal.  *Melton v. State*, No. 03-03-00258-CR (Tex. App.—Austin Oct. 23, 2003, no pet.).  The appeal is dismissed.

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   July 31, 2007

Do Not Publish